IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES C. SEVEDGE, et. al.          *
                                   *
          v.                       *   Civil No. JFM-02-2683
                                   *
HARVEY FRANSEN                     *
                                   *
                                *****

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 1st day of November 2002

ORDERED that

1. Plaintiff's motion for remand is granted; and

2. This case is remanded to the Circuit Court for Anne Arundel County, Maryland.

_____
J. Frederick Motz
United States District Judge